1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   Scott Johnson,                    No. 2:14-cv-01454-GEB-AC

10            Plaintiff,

                                       **ORDER CONTINUING STATUS**
11        v.                           **(PRETRIAL SCHEDULING) CONFERENCE**

12   Azizur Rehman; Omar Ghaith;
     and Does 1-10,
13
              Defendants.
14

15

16          Plaintiff states in the Joint Status Report ("JSR")

17   filed October 27, 2014, that he "anticipates joining additional

18   parties." (JSR 2:5, ECF No. 19.) This statement fails to comply

19   with Plaintiff's obligation under Rule 16 to provide meaningful

20   information on when the referenced joinder would be sought.

21              Parties          anticipating         possible
                amendments . . . . have     an    unflagging
22              obligation to alert the Rule 16 scheduling
                judge **of the . . . timing of such anticipated**
23              **amendments** in their status reports so that
                the   judge   can   consider   whether   such
24              amendments may properly be sought solely
                under the Rule 15(a) standard, and whether
25              structuring  discovery  pertinent  to  the
                parties' decision whether to amend is
26              feasible.

27   Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999)

28   (emphasis added) (internal quotation marks omitted).

                                    1

1    Therefore, the Status (Pretrial Scheduling) Conference

2   scheduled for hearing on November 10, 2014, is continued to

3   December 15, 2014, at 9:00 a.m. A further joint status report

4   shall be filed no later than fourteen (14) days prior to the

5   Status Conference, in which Plaintiff shall provide additional

6   information concerning the referenced joinder.

7    IT IS SO ORDERED.

8   Dated:  November 5, 2014

9

10

11   GARLAND E. BURRELL, JR.
    Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28