UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Azizur Rehman, Omar Ghait,<br><br>　　　　Defendants.* | No.   2:14-cv-01454-GEB-AC<br><br><br>**ORDER** |

　　　　Defendants filed a summary judgment motion on November 16, 2015. Although this motion is noticed for hearing after the last hearing date for law and motion prescribed in the December 8, 2014 Status Order, (see Status Order 3:17-19), since the docket entry associated with that order states "Dispositive Motions filed by 11/16/15[,]" the court will allow its late filing.

　　　　Further, since the referenced motion is noticed for hearing on January 11, 2016, the final pretrial conference is continued to February 29, 2016, at 2:30 p.m.

Dated:  November 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

* The caption has been amended according to the automatic dismissal of Doe Defendants prescribed in the December 8, 2014 Status Order. (See Status Order 2:7-15, ECF No. 22.)