UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

v.

**Azizur Rehman,** et al.,

    Defendants.

Case: 2:14-cv-01454-MCE-AC

[~~PROPOSED~~] **ORDER ON REQUEST TO VACATE DEBTOR EXAM**

Date: 2/2/2022
Time: 10:00 am.
Crtrm: 26

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for **Azizur Rehman** scheduled for 2/2/2022 is vacated.

Dated: January 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order on request to Vacate Exam